UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re:                                             :     Case No. 7:20-cv-1235
                                                   :
EMPIRE GENERATING CO, LLC, *et al.*,[1]            :
                                                   :
    Debtor.                     :
------------------------------------------------------------X
                                                   :
SSF IV ENERGY II AIV, L.P., *et al.*,              :     Appeal from Chapter 11
                                                   :     Bankr. Case No. 19-23007 (RDD)
    Appellants,                 :     Jointly Administered
                                                   :
v.                                                 :
                                                   :
EMPIRE GENERATING CO, LLC, *et al.*,               :
                                                   :
    Appellees.                  :
                                                   :
------------------------------------------------------------X

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES PENDING A DECISION IN APPEAL NO. 7:19-CV-9111-NSR

Upon the Motion [Dkt.4] of Appellants SSF IV Energy II AIV, L.P., AEIF TRADE, LLC, and SPTIF Parent, LLC (collectively, "Appellants"), the Court having considered the written submission respecting the Motion, and it appearing that the relief requested in the Motion is appropriate pursuant to Federal Rule of Bankruptcy Procedure 8013 and Local Rule 7.1, it is hereby ORDERED that:

1.    The Motion is GRANTED.

2.    The Court hereby stays all deadlines in the above-captioned appeal pending a decision in Appeal No. 7:19-cv-9111-NSR (consolidated).

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are: Empire Generating Co, LLC [3321], Empire Gen Holdco, LLC [3820], Empire Gen Holdings, LLC [4849], and TTK Empire Power, LLC [none].

*Clerk of the Court requested to terminate the motion (doc. 4).*

Dated: Feb. 28, 2020
       White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE